**GRAY PROCESSES CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7810.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 20, 1941.

Decided Oct. 20, 1941.

B. H. Bartholow, of New York City (Irving H. Bull, Roswell Magill, W. G. Dun-

nington, and William H. Radebaugh, all of New York City, on the brief), for petitioner.

Warren F. Wattles, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and J. Louis Monarch, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before BIGGS, MARIS, and GOOD-RICH, Circuit Judges

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed for the reasons set forth in its opinion. 43 B.T.A. 624.